RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL A. LEWIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br><br>Commissioner for Social Security<br><br>    Defendant | Case No.: 3:22-CV-05180 TSH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND SUPPORTING MEMORANDUM AND STATEMENT OF ADMINISTRATIVE RECORD. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of thirty (30) days in which to file Plaintiff's Motion for Summary Judgment and supporting memorandum and statement of administrative record pursuant to Civil L.R. 16-1(e).  The motion with supporting memorandum was due on Tuesday January 10, 2023.  It is now due on Thursday, February 9, 2023. All other deadlines will be extended accordingly.

This is plaintiff's first request.


//

//

//

1 | //

4 | DATED: <u>January 5, 2023</u>              <u>/s/ Richard Zieman</u>
5 |                                             RICHARD ZIEMAN
6 |                                             Attorney for Plaintiff

9 | DATED: <u>January 5, 2023</u>              <u>/s/ Caspar Chan</u>
10 |                                            CASPAR CHAN,
11 |                                            Specialist Assistant U.S. Attorney

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

18 | DATED: <u>January 9, 2023</u>
19 |
20 |                                            THOMAS S. HIXON
                                                United States Magistrate Judge